| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> Marianna Udem <br> Brigette McGrath <br> Kara E. Casteel (*admitted pro hac vice*) <br> ASK LLP <br> 60 East 42nd Street, 46th Floor <br> New York, NY 10165 <br> Telephone: (212) 267-7342 <br> Facsimile: (212) 918-3427 <br> mudem@askllp.com <br> bmcgrath@askllp.com <br> kcasteel@askllp.com <br><br> *Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A* | |
| In re: <br><br> RITE AID CORPORATION, *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 23-18993 (MBK) <br><br> (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, <br>                 Plaintiff, <br><br> v. <br><br> SATO America, LLC, <br>                 Defendant. | Adv. No. 25-02206 |

## CERTIFICATE OF SERVICE

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1

1.     I, Jennifer Hepola:

    ☐ represent the _____ in the above-captioned matter

    ☑ am the secretary/paralegal for ASK LLP, who is special counsel to the Plan Administrator and counsel to the Plaintiff in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.     On October 22, 2025, I sent a copy of the following pleadings and/or documents via US First Class Mail to the parties listed below:

- Complaint
- Summons
- Instructions re: The Proposed Joint Order Scheduling Pretrial Proceedings and Trial and Mediation Order

A copy of such documents were sent via US First Class mail to the following:

<u>Registered Agent for Defendant</u>
CT Corporation System
160 Mine Lake Court, Suite 200
Raleigh, North Carolina 27615

<u>Defendant</u>
Langley Borneman, Manager
SATO America, LLC
14125 South Bridge Circle
Charlotte, North Carolina 28273

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 22, 2025                  */s/ Jennifer Hepola*
                                                   Signature